UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC., a California corporation,<br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>BEAZU BEADWORKS WHOLESALE, a business entity, and DOES 1-10,<br>　　　　　　Defendant(s). | CASE NO. C 04 1452 VRW<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　Molly A. Terwilliger , an active member in good standing of the bar of Washington , whose business address and telephone number is Heller Ehrman White & McAuliffe LLP, 701 Fifth Avenue, Suite 6100, Seattle, WA 98104 Tel: (206) 389-6141 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Beazu Beadworks Wholesale ,

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/5/07

　　　　　　　　　　　　　　　　　　　　Vaughn R. Walker
　　　　　　　　　　　　　　　　　　　　United States District ~~Magistrate~~ Judge

ORIGINAL