IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC, | No C 04-1452 VRW |
| Plaintiff, | ORDER |
| v | |
| BEAZU BEADWORKS, INC, | |
| Defendant. | |

Plaintiff's application for an order to show cause why defendant should not be held in contempt is GRANTED.

Immediately following hearing on January 10, 2008, of plaintiff's application, the parties entered into negotiations, agreed as follows and the court, therefore, orders:

The order to show cause is dissolved subject to the following conditions:

The parties agree that defendant may not sell the following part numbers and may not use the following (or substantially similar) product names:

**TierraCast Product ID#**      94-2077     Fluer de Lis Drop
                                94-2081     Angel Dolphin Drop
                                94-2125     Fern Drop
                                94-2174     Leaf Drop
                                94-5503     Celtic Beadcap
                                94-5504     Lily Beadcap
                                94-5515     Jasmine Bead
                                94-5518     Hummingbird Bead
                                94-6025     Celtic Bar & Ring Clasp
                                94-6028     Garland Bar & Ring Clasp
                                94-6048     Deco Square Bar and Ring Clasp
                                94-6054     Large Leaf Bar & Ring Clasp

**Beazu Product ID#**           11-37133    Tiffany Beadcap
                                11-37137    Tiffany Beadcap
                                11-37153    Tiffany Beadcap
                                11-37157    Tiffany Beadcap
                                11-37143    Oakleaf Beadcap
                                11-37147    Oakleaf Beadcap

The parties agree that defendant may continue selling its current inventory in the six Tiffany Beadcap and Oakleaf Beadcap products, provided that such sales occur only in Canada. The Tiffany and Oakleaf products may appear in defendant's 2008 print catalog but may not appear in defendant's online catalog.

The parties agree that if they have any future copyright infringement disputes regarding the listed products, the parties

must first confer among themselves and must seek leave of the court before filing an enforcement action.

Defendant agrees to pay plaintiff $7500.00 (USD).

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge