IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRACAST, INC, | # C 04-1452 VRW |
| Plaintiff, | ORDER |
| v | |
| BEAZU BEADWORKS, INC, | |
| Defendant. | |

The issues in this case having been fully resolved through the parties' agreement as reflected in the court's order of January 11, 2008 (Doc # 25), the clerk is now directed to enter judgment in favor of plaintiff and to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge